1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-MJ-00018-HBK |
| Plaintiff, | MOTION AND ORDER TO UNSEAL AND FOR DISMISSAL WITHOUT PREJUDICE |
| v. | |
| ALFRED ARROYOS, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, moves to unseal this case and, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: October 3, 2024                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ Jeffrey A. Spivak
                                          JEFFREY A. SPIVAK
                                          Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is ordered unsealed.[1]

IT IS SO ORDERED.

Dated:  **October 4, 2024**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is dismissing the case without prejudice in a separate order.