PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ALFRED ARROYOS,<br><br>         Defendant. | Case No. 6:21-MJ-00018-HBK<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure moves to dismiss this case in the interest of justice without prejudice.

DATED: October 3, 2024                          Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                    By:   /s/ Jeffrey A. Spivak__
                                          JEFFREY A. SPIVAK
                                          Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**October 4, 2024**__                         /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

2